# Court of Appeals
# of the State of Georgia

ATLANTA,  August 22, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1386. TAYLOR v. CITY OF ATLANTA et al.**

Upon consideration of the entire record, we conclude that this case is not appropriate for interlocutory review and that Inisha Taylor's application for interlocutory appeal was improvidently granted. Accordingly, we hereby DISMISS this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/22/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*